In the Matter of the Probate of the Will of MARTHA
SHAUL, Deceased.
OTIS H. DECK, Appellant; EUNICE EDICK, Respondent.

*Matter of Shaul,* 158 App. Div. 348, affirmed.
(Argued February 23, 1914; decided March 10, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
September 22, 1913, which affirmed a decree of the Otsego
County Surrogate's Court admitting to probate the will
of Martha Shaul, deceased.

*A. M. Mills* for appellant.

*O. L. Van Horne* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, HOGAN and MILLER, JJ.